**Order filed, August 21, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00201-CV

———————

**HOUSTON METHODIST SAN JACINTO HOSPITAL, Appellant**

**V.**

**TERI FORD, Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2010-63292**

## ORDER

The reporter's record in this case was due **August 06, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kimberly Kidd, Tiffani June-Yeates, and Karen D. DeShetler**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM